

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2019

No. 04-18-00414-CR

John Bryan **FINCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-07-0222-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

   Appellant's reply brief was due November 14, 2019. On that day, appellant filed a motion requesting a seven day extension of time. After consideration, we **GRANT** the motion and **ORDER** appellant to file his reply brief by **November 21, 2019**.

   It is so **ORDERED** on November 22, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court